# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**REATHA ANDERSON, ET AL.**                                           **PLAINTIFFS**

**CIVIL ACTION NO.3:02CV377WHB-JCS**

**WASHINGTON MUTUAL FINANCE**
**GROUP, LLC**                                                        **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS DAY, THIS CAUSE came on to be heard on the joint *ore tenus* motion of the parties to dismiss with prejudice the claims of all Plaintiffs in this action; and the Court, being fully advised that the claims of the Plaintiffs in this action have been resolved by the class action settlement in the case of *Baker, et. al. v. Washington Mutual Finance Group, LLC, et. al.*, in the United States District Court for the Southern District of Mississippi, Southern Division, Civil Action No. 1:04cv137G-R, finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted in this action by all Plaintiffs shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

SO ORDERED, on this the 11th day of January, 2007.

                                         s/William H. Barbour, Jr.
                                         UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ Michael Hartung
Counsel for Plaintiffs


/s/ Katharine M. Samson
Counsel for Defendant Washington Mutual
Finance Group, LLC

1892730.1/12893.15127

1892730.1/12893.15127